Harry J. Graff, Appellant, v. Arlington Seating Company; Carl M. Ebitsch, and Louis Rezner, Appellees.

Gen. No. 45,304.

Estelle M. Wells, for appellant; Deming, Jarrett & Mulfinger, for appellees. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full. Opinion filed April 9, 1951; rehearing denied April 27, 1951; released for publication May 7, 1951.